# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No.  16-05001-01-CR-SW-BP |
| OMAR GARCIA-DOMINGUEZ, ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the sole count contained in the Indictment filed on January 19, 2016, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense.   Sentencing will be set by subsequent Order of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Beth Phillips*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**BETH PHILLIPS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Date:   February 23, 2016